**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**CHEN & JU, INC.,**

          **Plaintiff,**

vs.                 1:18-CV-1005
                     (MAD/TWD)
**ZHANG,** *et al.*,

         **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **MANN LAW FIRM, PC** | **MATTHEW J. MANN, ESQ.** |
| 426 Troy-Schenectady Road | |
| Latham, New York 12110 | |
| Attorney for Appellant | |
| | |
| **JOHN TROY & ASSOCIATES, PLLC** | **JOHN TROY, ESQ.** |
| 41-25 Kissena Boulevard | |
| Suite 119 | |
| Flushing, New York 11355 | |
| Attorney for Appellee | |

**Mae A. D'Agostino, U.S. District Judge:**

**ORDER**

On June 29, 2018, Debtor-Appellant Chen & Ju, Inc., filed a voluntary petition for bankruptcy. *See In Re Chen & Ju, Inc.*, No. 18-11150, Dkt. No. 1 (Bankr. N.D.N.Y.). Debtor appeals judgments of the bankruptcy court entered August 10, 2018, granting relief from the automatic stay and denying relief for violation of the automatic stay. These appeals were docketed as Civil Nos. 18-cv-1005 and 18-cv-1007. Debtor has requested that these two appeals be consolidated.

For purposes of judicial economy, the Court hereby

**ORDERS** that pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Civil Nos. 18-cv-1007 and 18-cv-1005 are hereby consolidated; and the Court further

**ORDERS** that pending a future order dismissing one of these actions, Civil No. 1:18-cv-1005 shall be designated as the Lead Case, and Civil No. 1:18-cv-1007 shall be designated as the Member Case; and the Court further

**ORDERS** that all further docketing shall take place in the Lead Case 1:18-cv-1005-MAD; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 5, 2018
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge